```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOCELYN PETTENATO, et ano.,

        Plaintiffs,

-against-

BEACON HEALTH OPTIONS, INC.,

        Defendant.

19-CV-1646 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record at the conference held on October 8, 2019, it is hereby ORDERED that:

1. At the parties' request, the deadlines for the completion of fact discovery and expert discovery set forth in the Court's Order dated July 8, 2019 (Dkt. No. 46 ¶¶ 3-5) are ADJOURNED *sine die*. The Court will put in place a revised discovery schedule after resolution of plaintiffs' pending motion for preliminary collective certification. (Dkt. No. 37.)

2. No later than **October 18, 2019**, the parties shall file a joint letter, addressing (a) whether and to what extent the parties continue to disagree concerning defendants' production of documents and communications related to licenses, accreditation, and/or certifications held by defendants, and (b) whether and to what extent the parties continue to disagree concerning defendants' preservation obligations with regard to electronically stored information.

    The Clerk of Court is directed to terminate the joint letter motion at Dkt. No. 55.

Dated: New York, New York
       October 8, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**