USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOCELYN PETTENATO, et al.,

        Plaintiffs,

-against-

BEACON HEALTH OPTIONS, INC., et al.,

        Defendants.

19-CV-1646 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic status conference held on December 11, 2019, it is hereby ORDERED that:

1. "Named New York Plaintiff." In light of plaintiff Pettenato's anticipated dismissal from this action (*see* Dkt. No. 85), and the close of the collective notice period on January 16, 2020, the parties shall file a joint stipulation, no later than **January 21, 2020**, regarding any necessary recaptioning or substitution of parties. If the parties are unable to agree on the form of a stipulation, any related motion shall be filed no later than **January 21, 2020**.

2. Depositions and Additional Fact Discovery. All remaining fact discovery, including depositions, shall be completed no later than **March 31, 2020**.

3. Close of Discovery. All discovery, including expert discovery, must be completed no later than **May 29, 2020**.

4. Status Conference. Judge Moses will conduct a status conference on **March 12, 2020, at 9:30 a.m.** One week prior to that date, on **March 4, 2020**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

All other provisions of the Court's Order dated July 8, 2019 (Dkt. No. 46) remain in effect.

Dated: New York, New York
       December 12, 2019

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**