UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

JOCELYN PETTENATO, JILL LAW,
ANITRA STEWART, AND ALL OTHERS
SIMILARLY SITUATED,

        Plaintiffs,

  -against-

BEACON HEALTH OPTIONS, INC.,
BEACON HEALTH STRATEGIES LLC,
AND VALUEOPTIONS FEDERAL
SERVICES, INC.,

        Defendants.

------------------------------------------------------- X

Civil Action No. 1:19-cv-1646 JPO-BCM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/19

## [PROPOSED] ORDER ON JOINT MOTION FOR SUPPLEMENTAL NOTICE OF CONDITIONAL CERTIFICATION TO TEN INDIVIDUALS

The matter comes before the Court on the parties' Joint Motion for Supplemental Notice of Conditional Certification to Ten Individuals. The motion is granted. The parties shall issue notice in the same manner and format approved by this Court. (Dkt. 62, 65). Those ten individuals, and only those individuals, shall have sixty (60) days from the date of mailing to opt in, if they so choose.

WHEREFORE, the parties' Joint Motion for Supplemental Notice of Conditional Certification to Ten Individuals is granted.

Dated: New York, New York
      December 13, 2019

SO ORDERED.

**BARBARA MOSES**
**United States Magistrate Judge**