IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN PETTENATO, JILL LAW, ANITRA STEWART, AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>BEACON HEALTH OPTIONS, INC., BEACON HEALTH STRATEGIES LLC, AND VALUEOPTIONS FEDERAL SERVICES, INC.<br><br>*Defendants*. | Civil Action No. 1:19-cv-01646-JPO-BCM |

## PLAINTIFFS' UNOPPOSED MOTION AND ORDER ON THE DISMISSAL OF PLAINTIFF KATHERINE SANCHEZ CIONGOLI

Plaintiffs, by and through their counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2) request that the Court enter an Order dismissing Plaintiff Katherine Sanchez Ciongoli. In further support of this Unopposed Motion, Plaintiffs state as follows:

1. Plaintiffs filed the Complaint on February 21, 2019. Dkt. 1.

2. Plaintiffs filed a First Amended Complaint on May 2, 2019. Dkt. 20.

3. Plaintiff Katherine Sanchez Ciongoli filed a consent form to opt into the lawsuit on February 21, 2019. Dkt. 3-5.

4. Plaintiff Katherine Sanchez Ciongoli now wishes to dismiss her claims against all Defendants with prejudice.

5. Defendants do not oppose the entry of an order dismissing Plaintiff Katherine Sanchez Ciongoli with prejudice.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

(a) Plaintiff Katherine Sanchez Ciongoli's claims are dismissed with prejudice;

(b) All other Plaintiffs' claims are unaffected by this Order.

Date: January 15, 2020

Respectfully submitted,

By: */s/ Maureen A. Salas*

**WERMAN SALAS P.C**
Douglas M. Werman, pro hac vice
dwerman@flsalaw.com
Maureen A. Salas, pro hac vice
msalas@flsalaw.com
77 West Washington St., Suite 1402
Chicago, IL 60602
(312) 419-1008

**THE HEDGPETH LAW FIRM, PC**
Travis M. Hedgpeth, pro hac vice
travis@hedgpethlaw.com
3050 Post Oak Bldv., Suite 510
Houston, Texas 77056

**SIEGEL LAW GROUP PLLC**
Jack Siegel, pro hac vice
jack@siegellawgroup.biz
2820 McKinnon, Suite 5009
Dallas, Texas 75201

**THE SATTIRAJU LAW FIRM P.C.**
Ravi Sattiraju
rsattiraju@sattirajulawfirm.com
116 Village Bldv.#200
Princeton, NJ 08540

*Attorneys for Plaintiffs*

Dated: January 16, 2020
New York, New York

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge