# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN PETTENATO, JILL LAW, ANITRA STEWART, AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>BEACON HEALTH OPTIONS, INC., BEACON HEALTH STRATEGIES LLC, AND VALUEOPTIONS FEDERAL SERVICES, INC.<br><br>*Defendants*. | **Civil Action No. 1:19-cv-01646-JPO-BCM** |

## STIPULATION REGARDING NAMED NEW YORK PLAINTIFF

Plaintiffs and Defendants, by and through their counsel, and pursuant to the Court's December 12, 2019, Order (Dkt. 89), stipulate to the following:

1. Named Plaintiff Jocelyn Pettenato's claims in this case were dismissed with prejudice on December 17, 2019. (Dkt. 94). Named Plaintiff Anitra Stewart's claims in this case were dismissed without prejudice on December 17, 2019. *Id*. Named Plaintiff Jill Law's claims are subject to Plaintiffs' Motion to Sever and Transfer (Dkt. 82) and Defendants' Motion to Dismiss (Dkt. 80), both of which are pending before the Court.

2. Defendants have argued that Plaintiffs must add a new Named Plaintiff who resided in or worked for Defendants in New York State.

3. Plaintiffs agree to file a Second Amended Complaint adding one or more Named Plaintiffs who resided or worked for Defendants in New York State.

4. Plaintiffs will file this Second Amended Complaint with the Court on or before February 5, 2020.

Date: January 21, 2020

Respectfully submitted,

By: */s/ Maureen A. Salas*

WERMAN SALAS P.C
Douglas M. Werman, pro hac vice
dwerman@flsalaw.com
Maureen A. Salas, pro hac vice
msalas@flsalaw.com
77 West Washington St., Suite 1402
Chicago, IL 60602
(312) 419-1008

THE HEDGPETH LAW FIRM, PC
Travis M. Hedgpeth, pro hac vice
travis@hedgpethlaw.com
3050 Post Oak Bldv., Suite 510
Houston, Texas 77056

SIEGEL LAW GROUP PLLC
Jack Siegel, pro hac vice
jack@siegellawgroup.biz
2820 McKinnon, Suite 5009
Dallas, Texas 75201

THE SATTIRAJU LAW FIRM P.C.
Ravi Sattiraju
rsattiraju@sattirajulawfirm.com
116 Village Bldv.#200
Princeton, NJ 08540

*Attorneys for Plaintiffs*

By: */s/ Hillary Massey (with consent)*

SEYFARTH SHAW LLP
Maria Papasevastos
mpapasevastos@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Telephone: (212) 218-5500

Barry J. Miller, pro hac vice
bmiller@seyfarth.com
Hillary J. Massey, pro hac vice
hmassey@seyfarth.com
Two Seaport Lane, suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

Gregg A. Rubenstein
Gregg.Rubenstein@beaconhealthoptions.com
BEACON HEALTH OPTIONS, INC.
200 State Street, Ste. 302
Boston, MA 02109
Telephone: (617) 476-1653

*Attorneys for Defendants*

So ordered.
January 22, 2020

Dated: January 22, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge