# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN PETTENATO, JILL LAW, ANITRA STEWART, AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>BEACON HEALTH OPTIONS, INC., BEACON HEALTH STRATEGIES LLC, AND VALUEOPTIONS FEDERAL SERVICES, INC.<br><br>*Defendants*. | Civil Action No. 1:19-cv-01646-JPO-BCM |

### PLAINTIFFS' UNOPPOSED MOTION AND ORDER ON THE DISMISSAL OF PLAINTIFF SCOTT TUCKMAN

Plaintiffs, by and through their counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2) request that the Court enter an Order dismissing Plaintiff Scott Tuckman's claims without prejudice. In further support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed the Complaint on February 21, 2019. Dkt. 1.

2. Plaintiffs filed a First Amended Complaint on June 28, 2019. Dkt. 44.

3. Plaintiff Scott Tuckman filed a consent form to opt into the lawsuit on December 26, 2019. Dkt. 102.

4. Plaintiff Scott Tuckman informed his counsel on January 29, 2020, that he wishes to dismiss his claims against all Defendants without prejudice.

5. Defendants do not oppose the entry of an order dismissing Plaintiff Scott Tuckman's claims without prejudice.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

(a) Plaintiff Scott Tuckman's claims are dismissed without prejudice;

1

(b) All other Plaintiffs' claims are unaffected by this Order.

Date: January 30, 2020

Respectfully submitted,

By: */s/ Maureen A. Salas*

**WERMAN SALAS P.C**
Douglas M. Werman, pro hac vice
dwerman@flsalaw.com
Maureen A. Salas, pro hac vice
msalas@flsalaw.com
77 West Washington St., Suite 1402
Chicago, IL 60602
(312) 419-1008

**THE HEDGPETH LAW FIRM, PC**
Travis M. Hedgpeth, pro hac vice
travis@hedgpethlaw.com
3050 Post Oak Bldv., Suite 510
Houston, Texas 77056

**SIEGEL LAW GROUP PLLC**
Jack Siegel, pro hac vice
jack@siegellawgroup.biz
2820 McKinnon, Suite 5009
Dallas, Texas 75201

**THE SATTIRAJU LAW FIRM P.C**.
Ravi Sattiraju
rsattiraju@sattirajulawfirm.com
116 Village Bldv.#200
Princeton, NJ 08540

*Attorneys for Plaintiffs*

The Clerk of Court is directed to close the motion at Docket Number 120. So ordered.

SO ORDERED

Dated: February 6, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge

2