USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY ROSE BARSA, et al.,

        Plaintiffs,

-against-

BEACON HEALTH OPTIONS, INC., et al.,

        Defendants.

19-CV-1646 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

At the request of the parties, the telephonic conference scheduled for March 3, 2020, at 11:30 a.m., is ADJOURNED to **March 4, 2020, at 3:30 p.m.** The parties shall call chambers at (212) 805-0228 a few minutes before 3:30 p.m. with all counsel on one telephone line.

Dated: New York, New York
      March 2, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**