# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTY ROSE BARSA, FRANCIS BAX, AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>BEACON HEALTH OPTIONS, INC., BEACON HEALTH STRATEGIES LLC, AND VALUEOPTIONS FEDERAL SERVICES, INC.<br><br>*Defendants*. | **Civil Action No. 1:19-cv-01646-JPO-BCM** |

## PLAINTIFFS' UNOPPOSED MOTION AND ORDER ON THE DISMISSAL OF PLAINTIFF SERENE VIRTUE

Plaintiffs, by and through their counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2) request that the Court enter an Order dismissing Plaintiff Serene Virtue's claims without prejudice. In further support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed the Complaint on February 21, 2019. Dkt. 1.

2. Plaintiffs filed a First Amended Complaint on June 28, 2019. Dkt. 44.

3. Plaintiffs filed a Second Amended Complaint on February 5, 2020. Dkt 121.

4. Plaintiff Serene Virtue filed a consent form to opt into the lawsuit on December 13, 2019. Dkt. 92.

5. Plaintiff Serene Virtue informed her counsel on February 14, 2020, that she wishes to dismiss her claims against all Defendants without prejudice.

6. Defendants do not oppose the entry of an order dismissing Plaintiff Serene Virtue's claims without prejudice.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

(a) Plaintiff Serene Virtue's claims are dismissed without prejudice;

(b) All other Plaintiffs' claims are unaffected by this Order.

Date: February 21, 2020

Respectfully submitted,

By: */s/ Maureen A. Salas*

**WERMAN SALAS P.C**
Douglas M. Werman, pro hac vice
dwerman@flsalaw.com
Maureen A. Salas, pro hac vice
msalas@flsalaw.com
77 West Washington St., Suite 1402
Chicago, IL 60602
(312) 419-1008

**THE HEDGPETH LAW FIRM, PC**
Travis M. Hedgpeth, pro hac vice
travis@hedgpethlaw.com
3050 Post Oak Bldv., Suite 510
Houston, Texas 77056

**SIEGEL LAW GROUP PLLC**
Jack Siegel, pro hac vice
jack@siegellawgroup.biz
2820 McKinnon, Suite 5009
Dallas, Texas 75201

**THE SATTIRAJU LAW FIRM P.C**.
Ravi Sattiraju
rsattiraju@sattirajulawfirm.com
116 Village Bldv.#200
Princeton, NJ 08540

*Attorneys for Plaintiffs*

The Clerk of Court is directed to close the motion at Docket Number 124.

Dated: March 2, 2020
    New York, New York

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge