# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTY ROSE BARSA, FRANCIS BAX, AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>BEACON HEALTH OPTIONS, INC., BEACON HEALTH STRATEGIES LLC, AND VALUEOPTIONS FEDERAL SERVICES, INC.<br><br>*Defendants*. | **Civil Action No. 1:19-cv-01646-JPO-BCM** |

## PLAINTIFFS' UNOPPOSED MOTION AND ORDER ON THE DISMISSAL OF PLAINTIFFS AMY VALLARELLI AND BRYAN BOWMAN

Plaintiffs, by and through their counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2) request that the Court enter an Order dismissing Plaintiffs Amy Vallarelli and Bryan Bowman's claims without prejudice. In further support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed the Complaint on February 21, 2019. Dkt. 1.

2. Plaintiffs filed a First Amended Complaint on June 28, 2019. Dkt. 44.

3. Plaintiffs filed a Second Amended Complaint on February 5, 2020. Dkt 121.

4. Plaintiffs Amy Vallarelli and Bryan Bowman filed consent forms to opt in to the lawsuit on January 7, 2020. Dkt. 107.

5. Plaintiff Amy Vallarelli informed her counsel on February 18, 2020, that she wishes to dismiss her claims against all Defendants without prejudice.

6. Plaintiff Bryan Bowman informed his counsel on February 25, 2020, that he wishes to dismiss his claims against all Defendants without prejudice.

1

7. Defendants do not oppose the entry of an order dismissing Plaintiffs' Amy Vallarelli and Bryan Bowman's claims without prejudice.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

(a) Plaintiffs' Amy Vallarelli and Bryan Bowman's claims are dismissed without prejudice;

(b) All other Plaintiffs' claims are unaffected by this Order.

Date: February 25, 2020

Respectfully submitted,

By: */s/ Maureen A. Salas*

*Attorneys for Plaintiffs*

**WERMAN SALAS P.C**
Douglas M. Werman, pro hac vice
dwerman@flsalaw.com
Maureen A. Salas, pro hac vice
msalas@flsalaw.com
77 West Washington St., Suite 1402
Chicago, IL 60602
(312) 419-1008

**SIEGEL LAW GROUP PLLC**
Jack Siegel, pro hac vice
jack@siegellawgroup.biz
2820 McKinnon, Suite 5009
Dallas, Texas 75201

**THE HEDGPETH LAW FIRM, PC**
Travis M. Hedgpeth, pro hac vice
travis@hedgpethlaw.com
3050 Post Oak Bldv., Suite 510
Houston, Texas 77056

**THE SATTIRAJU LAW FIRM P.C**.
Ravi Sattiraju
rsattiraju@sattirajulawfirm.com
116 Village Bldv.#200
Princeton, NJ 08540

> The Clerk of Court is directed to close the motion at Docket Number 125.

Dated: March 2, 2020
   New York, New York

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge