

77 West Washington Street, Suite 1402, Chicago, IL 60602 Tel: 312-419-1008 | Fax: 312-419-1025 www.flsalaw.com

February 28, 2020

*Via Electronic Court Filing System*
Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Betty Rose Barsa et al. v. Beacon Health Options, Inc. et al.*,
Case No. 1:19-cv-1646 JPO-BCM

Dear Judge Moses:

We represent Plaintiffs in the above-referenced matter. We write jointly with Defendants to advise the Court that the parties have reached a settlement in principle in this conditionally certified FLSA collective action. The parties respectfully request that the Court stay discovery and all litigation deadlines for 35 days to allow time for the parties to memorialize the terms of the settlement. Excepted from the stay are rulings on (1) Plaintiffs' Unopposed Motion and Proposed Order on the Dismissal of Plaintiff Serene Virtue, filed on February 21, 2020 (ECF No. 124), and (2) Plaintiffs' Unopposed Motion and Proposed Order on the Dismissal of Plaintiffs Amy Vallarelli and Bryan Bowman, filed on February 26, 2020 (ECF No. 125). Good cause exists for the stay because it will allow the parties to focus their time and resources on resolving the claims.

The parties propose that, no later than March 31, 2020, they will submit a joint status report updating the Court on the status of the settlement paperwork. The Parties also request that the Court adjourn the in person status conference set for March 12, 2020 at 9:30 a.m.

We thank the Court for its assistance with this matter.

Very truly yours,

Maureen A. Salas

Application GRANTED. The status conference scheduled for March 12, 2020, at 9:30 a.m., is ADJOURNED *sine die*. Discovery is STAYED pending further order of the Court. No later than **March 31, 2020**, the parties shall submit a joint letter updating the Court on the status of their settlement paperwork, including whether and on what schedule they propose to seek *Cheeks* approval as to some or all of the current plaintiffs. SO ORDERED.

Barbara Moses, U.S.M.J., March 5, 2020