

**Seyfarth Shaw LLP**
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
T (617) 946-4800
F (617) 946-4801

hmassey@seyfarth.com
T (617) 946-4879

www.seyfarth.com

April 30, 2020

**CM/ECF**

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10004

Re:  *Barsa v. Beacon Health Options, et al.*
  Case No. 1:19-cv-01646-JPO-BCM

Dear Judge Moses:

In accordance with the Court's March 31, 2020 Order (ECF No. 133), the parties write jointly to provide a status report updating the Court on the status of settlement. The parties are continuing to work on finalizing the language in the Settlement Agreement. There are a modest number of open issues, and the parties are conferring on those issues. The parties propose that, no later than May 29, 2020, they will submit a joint status report updating the Court on the status of the Agreement.

Sincerely,

SEYFARTH SHAW LLP

*/s/ Hillary Massey*

Hillary Massey


cc:  All counsel of record