UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
BETTY ROSE BARSA, FRANCIS BAX,
AND ALL OTHERS SIMILARLY
SITUATED,

           Plaintiffs,

   -against-

BEACON HEALTH OPTIONS, INC.,
BEACON HEALTH STRATEGIES LLC,
AND VALUEOPTIONS FEDERAL
SERVICES, INC.,

           Defendants.

-------------------------------------------------------

Civil Action No. 1:19-cv-1646 JPO-BCM

**AGREED RENEWED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT UNDER THE FAIR LABOR STANDARDS ACT**

      For the reasons set forth in the Memorandum of Law in Support of the Agreed Renewed Motion for Approval of Settlement Agreement Under the Fair Labor Standards Act, the Parties respectfully request that the Court enter an Order approving the Parties' Settlement Agreement ("Settlement Agreement" or "Agreement") as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

Respectfully submitted,

By:  /s/ Maureen A. Salas

WERMAN SALAS P.C
Douglas M. Werman, *pro hac vice*
dwerman@flsalaw.com
Maureen A. Salas, *pro hac vice*
msalas@flsalaw.com
Sarah J. Arendt, *pro hac vice*
sarendt@flsalaw.com
77 West Washington St., Suite 1402
Chicago, IL 60602
(312) 419-1008

THE HEDGPETH LAW FIRM, PC
Travis M. Hedgpeth, *pro hac vice*
travis@hedgpethlaw.com
3050 Post Oak Bldv., Suite 510
Houston, Texas 77056

SIEGEL LAW GROUP PLLC
Jack Siegel, pro hac vice
jack@siegellawgroup.biz
2820 McKinnon, Suite 5009
Dallas, Texas 75201

THE SATTIRAJU LAW FIRM P.C.
Ravi Sattiraju
rsattiraju@sattirajulawfirm.com
116 Village Blvd. #200
Princeton, NJ 08540

*Attorneys for Plaintiffs*


Dated:  September 22, 2020

By:  /s/ Hillary J. Massey

SEYFARTH SHAW LLP
Maria Papasevastos
mpapasevastos@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Telephone: (212) 218-5500

Barry J. Miller, *pro hac vice*
bmiller@seyfarth.com
Hillary J. Massey, *pro hac vice*
hmassey@seyfarth.com
Two Seaport Lane, suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

Gregg A. Rubenstein
Gregg.Rubenstein@beaconhealthoptions.com
BEACON HEALTH OPTIONS, INC.
200 State Street, Ste. 302
Boston, MA 02109
Telephone: (617) 476-1653

*Attorneys for Defendants*