IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTY ROSE BARSA, FRANCIS BAX, AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>BEACON HEALTH OPTIONS, INC., BEACON HEALTH STRATEGIES LLC, AND VALUEOPTIONS FEDERAL SERVICES, INC.<br><br>*Defendants*. | Civil Action No. 1:19-cv-01646-JPO-BCM |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/20

### JOINT MOTION AND [PROPOSED] ORDER TO AMEND ORDER APPROVING THE FLSA SETTLEMENT AND DISMISSING THE ACTION WITH PREJUDICE

Plaintiffs and Defendants, by and through their counsel, jointly request that the Court modify its September 28, 2020 Order approving the FLSA settlement and dismissing the action with prejudice. See ECF No. 149. In further support of this Motion, the parties state as follows:

1. The Parties' settlement agreement provides that the Participating Plaintiffs' claims will be dismissed with prejudice and that the claims of opt-in plaintiffs who do not become Participating Plaintiffs will be dismissed without prejudice. FLSA Settlement And Release Agreement, Section 7, ECF No. 139-1

2. Two of the forty-three plaintiffs – Theresa Gay and Jill Law – did not become Participating Plaintiffs.

3. The Parties request the Court modify its September 28, 2020 order (ECF No. 149) to provide the claims of Theresa Gay and Jill Law are dismissed *without* prejudice.

4.      The Parties also request that the Court retain jurisdiction to administer and enforce the terms of the Parties' Settlement Agreement. FLSA Settlement And Release Agreement, Section 9(c), ECF No. 139-1.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

(a) The Court modifies the Order dated September 28, 2020 (ECF No. 149) to provide Theresa Gay and Jill Law's claims are dismissed without prejudice.

(b) The Court modifies the Order dated September 28, 2020 (ECF No. 149) to provide the Court will retain jurisdiction to administer and enforce the terms of the Parties' Settlement Agreement.

Date: September 30, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Maureen A. Salas<br>Douglas M. Werman<br>Maureen A. Salas<br>WERMAN SALAS P.C.<br>77 West Washington, Suite 1402<br>Chicago, Illinois 60602<br>Tel: (312) 419-1008<br>Dwerman@flsalaw.com<br>msalas@flsalaw.com | /s/ Hillary J. Massey (with consent)<br>Barry J. Miller<br>Hillary J. Massey<br>SEYFARTH SHAW LLP<br>2 Seaport Lane #300<br>Boston, MA 02210<br>bmiller@seyfarth.com<br>hmassey@seyfarth.com |
| Ravi Sattiraju<br>THE SATTIRAJU LAW FIRM, P.C.<br>116 Village Blvd., Suite 200<br>Princeton, NJ 08540<br>Tel: (609) 799-1266<br>rsattiraju@sattirajulawfirm.com | Maria Papasevastos<br>SEYFARTH SHAW LLP<br>620 Eight Avenue, 32nd Floor<br>New York, NY 10018<br>mpapasevastos@seyfarth.com<br><br>*Attorneys for Defendant* |

Travis M. Hedgpeth
THE HEDGPETH LAW FIRM, PC
3050 Post Oak Bldv., Suite 510
Houston, Texas 77056
Tel: (281) 572-0727
travis@hedgpethlaw.com

Jack Siegel
SIEGEL LAW GROUP PLLC
2820 McKinnon, Suite 5009
Dallas, Texas 75201
Tel: (214) 790-4454
jack@siegellawgroup.biz

*Attorneys for Plaintiffs and Others
Similarly Situated*

SO ORDERED

Dated: October 1, 2020

_____
HON. BARBARA MOSES
United States Magistrate Judge

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 150.